BRYAN SCHRODER
United States Attorney

JOHN A. FONSTAD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: John.Fonstad@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE; ALASKA WILDERNESS LEAGUE; DEFENDERS OF WILDLIFE; and THE WILDERNESS SOCIETY,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF LAND MANAGEMENT; and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 3:19-cv-00208-HRH |

**DEFENDANTS' PARTIAL OPPOSITION TO PLAINTIFFS'
MOTION FOR EXPEDITED CONSIDERATION**

The U.S. Department of the Interior, U.S. Bureau of Land

Management, and U.S. Fish and Wildlife Service (collectively, "Federal

Defendants"), partially oppose the Plaintiffs' motion for expedited consideration (Dkt. 15) as follows:

1. Plaintiffs incorrectly represent that their requested relief – *i.e.*, decision by Tuesday, September 24, 2019 — is unopposed. When Plaintiffs inquired about an expedited motion, they did not indicate a deadline when they would seek a ruling. Nor did Plaintiffs send a draft of their motion to Defendants counsel before they filed it as an unopposed motion.

2. Defendants never agreed to the Plaintiffs seeking a decision from this Court by September 24. More importantly, Defendants never agreed to waive their rights to file a reply brief in the timeframe allowed by Local Rule 7.2(b)(2).

3. While Defendants do not oppose expedited consideration of the transfer motion, Defendants do oppose any decision being made before the Defendants have timely filed a reply brief.

4. In this regard, it bears mention that the Plaintiffs will not suffer any meaningful harm from compliance with the briefing deadlines set forth in the Local Rules. Notably, if Plaintiffs wanted to proceed with this case more quickly, they should have filed it in the

*Gwich'in Steering Comm. v. Dep't of Interior* Page 2 of 3
Case No. 3:19-cv-00208-HRH
Case 3:19-cv-00208-HRH   Document 19   Filed 09/24/19   Page 2 of 3

District of Columbia, where Plaintiff Defenders of Wildlife has been pursuing a related FOIA action for more than 8 months.

5.  Alternatively, if the Court is inclined to grant the Defendants' motion to transfer without awaiting a reply brief, then the Defendants do not object to the Court deciding this matter as expeditiously as possible.

RESPECTFULLY SUBMITTED this 24th day of September 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

/s/ John A. Fonstad
JOHN A. FONSTAD
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2019,
a true and correct copy of the foregoing was
served electronically on all counsel of record via
the CM/ECF system:

Brian Litmans
David Bahr
Maresa Jenson
Valerie Brown
*Attorneys for Plaintiffs*

/s/ John Fonstad
Office of the U.S. Attorney

*Gwich'in Steering Comm. v. Dep't of Interior* Page 3 of 3
Case No. 3:19-cv-00208-HRH
Case 3:19-cv-00208-HRH  Document 19  Filed 09/24/19  Page 3 of 3