IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GWICH'IN STEERING COMMITTEE, et al.,   v.   U.S. DEPT. OF INTERIOR, et al.

JUDGE  H. RUSSEL HOLLAND            CASE NO.  3:19-cv-0208-HRH

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Having fully considered plaintiffs' unopposed Motion to Expedite Consideration of Defendants' Motion to Transfer and to Extend Time to Answer or Otherwise Respond,[1] and having found good cause, it is hereby ordered that the motion is granted.  Consideration of Defendants' Motion to Transfer and to Extend Time to Answer or Otherwise Respond[2] is expedited.  Defendants' reply to Plaintiffs' Opposition to  Defendants' Motion to Transfer and to Extend Time to Answer or Otherwise Respond shall be served and filed on or before September 27, 2019.  If defendants do not intend to file a reply, defendants shall inform the court of that intention by September 25, 2019.  The court will take up Defendants' Motion to Transfer and to Extend Time to Answer or Otherwise Respond as soon as the briefing is complete.

---

[1]Docket No. 15.

[2]Docket No. 14.

1