IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br>U.S. FISH AND WILDLIFE SERVICE, and<br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>*Defendants*. | Civ. A. No. 18-2572 (CJN) |

**JOINT STATUS REPORT**

The parties, by and through counsel, submit this Joint Status Report in response to the Court's Minute Order dated August 26, 2019.

As previously reported, this case involves a total of six Freedom of Information Act ("FOIA") requests that Plaintiff submitted to three separate components of the Department of the Interior: (1) the Alaska Region of the U.S. Fish and Wildlife Service ("FWS Alaska"); (2) the Office of the Secretary of the Department of the Interior ("OS"); and (3) the Alaska State Office of U.S. Bureau of Land Management ("BLM Alaska").

Since March 2019, Defendants FWS and BLM have issued monthly, interim record releases on or before the 31st of each month, or the next business day. Since April 2019, the Office of the Secretary of the Department of the Interior has issued monthly, interim releases, on or before the 31st of each month.

On August 23, 2019 the parties filed their Joint Status Report with separate position statements to update the Court on resolving this Matter, along with separate position statements

regarding their differing viewpoints on Defendants' timing for processing all records responsive to Plaintiff's FOIA requests that are at issue in this Matter.

On August 26, 2019, the Court issued a Minute Order in part requiring Defendants to "whenever possible, categorically exclude from their search results all public comments and form letters from letter-writing campaigns." Defendants complied with this requirement.

The Court's August 26, 2019 Minute Order in part also required Defendants to implement specific recommendations on how to narrow the universe of records that are potentially responsive to Plaintiff's FOIA requests by implementing suggestions made by Plaintiff on August 21, 2019 and notifying Plaintiff by September 4, 2019 of the remaining volume of requests.

The Parties met and conferred on August 30, 2019 to discuss Defendants' preliminary estimates of the remaining number of potentially responsive requests.

Shortly after the August 26, 2019 Minute Order was issued, the Parties proactively identified several other methods to reduce the volume of potentially responsive records and again met and conferred on September 18, 2019. While they are hopeful that these methods will significantly reduce the volume of records, given that these methods will hopefully eliminate the vast majority of remaining records to be reviewed by Defendants, it will take additional time to estimate this number.

While the parties continue to disagree on the timing of when all records must be produced, their current priority is to continue to eliminate the volume of remaining records. The Parties have therefore agreed to focus on this task and update the Court on their progress on or before October 7, 2019.

3

Dated: September 23, 2019

 /s/ Michael P. Senatore
Michael P. Senatore (D.C. Bar No. 453116)
DEFENDERS OF WILDLIFE
1130 17th Street, N.W.
Washington, D.C. 20036
Telephone: (202) 772-3221
Facsimile: (202) 682-1331
msenatore@defenders.org

 /s/ Jason C. Rylander
Jason C. Rylander (D.C. Bar No. 474995)
DEFENDERS OF WILDLIFE
1130 17th Street, N.W.
Washington, D.C. 20036
Telephone: (202) 772-3245
Facsimile: (202) 682-1331
jrylander@defenders.org

*Counsel for Plaintiff*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*